```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16071
   JESSIE C WELLS
   PATRICIA L WELLS                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0391     SSN XXX-XX-3257
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/04/07 and confirmed on 02/06/08.

   2. The case was dismissed after confirmation, 06/20/2008.

   3. The Debtor paid a total of $   4470.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| REAL TIME RESOLUTIONS | SECURED | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | 1230.81 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 18869.00 | 207.35 | 1877.66 |
| MARQUETTES LANDING HOA | SECURED | 3462.00 | .00 | 240.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2402.88 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 512.58 | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1921.25 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 431.13 | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CMK INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT CUIDE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 488.16 | .00 | .00 |
| PALMS CONDO ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURRECTION SERVICES LA | UNSECURED | NOT FILED | .00 | .00 |
| OUR LADY OF THE RESURREC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1151.93 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1215.05 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1328.56 | .00 | .00 |

```
ILLINOIS DEPT REVENUE      UNSECURED         97.52            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED        130.18            .00            .00
     Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED 23561.81   2915.46     6763.78         .00      33241.05
PRINCIPAL PAID      2117.66       .00         .00         .00       2117.66
INTEREST PAID        207.35       .00         .00         .00        207.35
TOTAL PAID          2325.01       .00         .00         .00       2325.01
```

The Debtor's attorney, GREENBERG & ASSOC         , was allowed $   3500.00
and was paid $    926.00  direct and $   1904.73  through the plan.

The Trustee received $    240.26 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/10/08            /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 16071 JESSIE C WELLS & PATRICIA L WELLS